## Engram *v.* State.

APPEAL from the Circuit Court of Geneva.
Tried before the Hon. JOHN P. HUBBARD.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for the murder of Lula Sowell; was convicted of murder in the second degree and sentenced to the penitentiary for fifteen years.

The judgment of conviction is affirmed.

Opinion PER CURIAM.

————

## McCalley *v.* Ragland *et al.*

APPEAL from Probate Court of Madison.
Heard before the Hon. S. M. STEWART.

CHARLES J. STONE, for appellant.

HUMES, SHEFFEY & SPEAKE, for appellee.

The proceedings in this case were commenced by a petition made by Mary A. Ragland, as administratrix of the estate of Lewis Jones, deceased, for a final settlement of her account as such administratrix. The appeal is by the guardian *ad litem* of an infant party from a decree of the probate court rendered on final settlement.

The decree is affirmed.

Opinion by HARALSON, J.